**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

| | | |
|---|---|---|
| Intellectual Ventures I LLC, *et al.*, | * | |
| Plaintiffs/Counter-Defendants, | * | |
| v. | * | Case No.: PWG-14-111 |
| Capital One Financial Corp., *et al.*, | * | |
| Defendants/Counterclaimants/Third-Party Plaintiffs, | * | |
| | * | |
| v. | * | |
| Intellectual Ventures Management, LLC, Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC, | * | |
| | * | |
| Third-Party Defendants/Joined Counter-Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**CAPITAL ONE'S SUPPLEMENTAL AUTHORITIES**

Per the Court's January 11, 2017 order, ECF No. 594, Defendants/Counterclaimants/Third-Party Plaintiffs Capital One Financial Corporation, Capital One Bank (USA), National Association, and Capital One, National Association (collectively, "Capital One"), by and through their undersigned counsel, submit the following ten cases, attached as Exhibit 1, to supplement the Court's list of key authorities:

1.  *FTC v. Actavis, Inc.*, 570 U.S. ___, 133 S. Ct. 2233 (2013)

2.  *Brown Shoe Co. v. United States*, 370 U.S. 294 (1962)

3.  *TransWeb, LLC v. 3M Innovative Properties Co.*, 812 F.3d 1295 (Fed. Cir. 2016)

4. *Hanover 3201 Realty, LLC v. Village Supermarkets, Inc.*, 806 F.3d 162 (3d Cir. 2015)

5. *Waugh Chapel S., LLC v. United Food & Commercial Workers Union Local 27*, 728 F.3d 354 (4th Cir. 2013)

6. *Broadcom Corp. v. Qualcomm Inc.*, 501 F.3d 297 (3d Cir. 2007)

7. *LePage's Inc. v. 3M*, 324 F.3d 141 (3d Cir. 2003)

8. *United States v. Microsoft Corp.*, 253 F.3d 34 (D.C. Cir. 2001)

9. *Rex Chainbelt Inc. v. Harco Prods., Inc.*, 512 F.2d 993 (9th Cir. 1975)

10. *Radio Music License Comm., Inc. v. SESAC, Inc.*, No. 2:12-cv-5807, 2014 WL 2892391, (E.D. Pa. June 26, 2014)

Dated:  January 20, 2017

Respectfully submitted,

**CAPITAL ONE FINANCIAL CORP.**
**CAPITAL ONE BANK (USA), N.A.**
**CAPITAL ONE, N.A.**

Robert A. Angle (*pro hac vice*)
robert.angle@troutmansanders.com
Dabney J. Carr, IV (*pro hac vice*)
dabney.carr@troutmansanders.com
Megan C. Rahman (*pro hac vice*)
megan.rahman@troutmansanders.com
Christopher J. Forstner (*pro hac vice*)
christopher.forstner@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
T: (804) 697-1246; F: (804) 698-5124

/s/ Mary Catherine Zinsner
Mary Catherine Zinsner (Bar No. 11763)
mary.zinsner@troutmansanders.com
S. Mohsin Reza (Bar No. 19015)
mohsin.reza@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
T: (703) 734-4334; F: (703) 734-4340

Paul E. McGowan (*pro hac vice*)
paul.mcgowan@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, GA  30308
T: (404) 885-3270; F: (404) 962-6842

Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
Gabriel K. Bell (*pro hac vice*)
gabriel.bell@lw.com
Adam Greenfield (*pro hac vice*)
adam.greenfield@lw.com
William H. Rawson (Bar No. 19514)
william.h.rawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
T: (202) 637-2200; F: (202) 637-2201

Daniel N. Anziska (*pro hac vice*)
daniel.anziska@troutmansanders.com
Susan L. Grace (*pro hac vice*)
susan.grace@troutmansanders.com
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY  10022
T: (212) 704-6000; F: (212) 704-6288

Christopher S. Yates  (*pro hac vice*)
chris.yates@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
T: (415) 391-0600; F: (415) 395-8095

Jeffrey G. Homrig (*pro hac vice*)
jeff.homrig@lw.com
Patricia Young (*pro hac vice*)
patricia.young@lw.com
Michelle P. Woodhouse (*pro hac vice*)
michelle.woodhouse@lw.com
Katherine M. Schon (*pro hac vice*)
katherine.schon@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  92025-1008

Kenneth R. Adamo (*pro hac vice*)
kenneth.adamo@kirkland.com
David W. Higer *pro hac vice*)
david.higer@kirkland.com
Brent P. Ray (*pro hac vice*)
brent.ray@kirkland.com
Kristina Hendricks (*pro hac vice*)

T: (650) 328-4600; F: (650) 463-2600

James P. Ulwick (Bar No. 00536)
julwick@kg-law.com
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD  21202
T: (410) 752-6030 ; F: (410) 361-8206

kristina.hendricks@kirkland.com
Megan M. New *(pro hac vice)*
megan.new@kirkland.com
Ryan M. Hubbard *(pro hac vice)*
ryan.hubbard@kirkland.com
Joel Merkin *(pro hac vice)*
joel.merkin@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
T: (312) 862-2000; F: (312) 862-2200

*Counsel for Defendants/Counterclaimants/Third-Party Plaintiffs*
*Capital One Financial Corp., Capital One Bank (USA), N.A., and Capital One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I served a true and correct copy of the foregoing document on the following attorneys of record by electronic mail:

Ian N. Feinberg (ifeinberg@feinday.com)
Margaret Elizabeth Day (eday@feinday.com)
David L. Alberti (dalberti@feinday.com
Clayton W. Thompson, II
(cthompson@feinday.com)
Marc C. Belloli (mbelloli@feinday.com)
Yakov Zolotorev (yzolotorev@feinday.com)
Sal Lim (slim@feinday.com)
Jeremiah Armstrong (jarmstrong@feinday.com)
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
T: (650) 618-4360; F: (650) 618-4368

Daniel J. Weinberg (dweinberg@fawlaw.com)
Rachel B. Kinney (rkinney@fawlaw.com)
Robert E. Freitas (rfreitas@fawlaw.com)
Jessica N. Leal (jleal@fawlaw.com)
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, CA 94065
T: (650) 593-6300; F: (650) 593-6301

Michael E. McCabe, Jr.
    (mmccabe@fblaw.com)
Bryan D. Bolton (bbolton@flaw.com)
FUNK & BOLTON, P.A.
36 South Charles Street, 12th Floor
Baltimore, MD  21201
T: (410) 659-7700; F: (410) 659-7773

David T. Rudolph (drudolph@lchb.com)
Eric B. Fastiff (efastiff@lchb.com)
LIEFF CABRASER HEINMANN &
BERNSTEIN LLP
275 Battery St., 29th Floor
San Francisco, CA 94111
T: (415) 956-1000; F: (415) 956-1008

*Counsel for Plaintiffs/Counter-Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC and Third-Party Defendants/Joined Counter-Defendants Intellectual Ventures Management, LLC, Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC*

/s/ Mary Catherine Zinsner
Mary Catherine Zinsner (Bar No. 11763)
mary.zinsner@troutmansanders.com
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
T: (703) 734-4334; F: (703) 734-4340